**FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, Anne Gaylor, Annie L. Gaylor, et al., Plaintiffs–Appellants,**

v.

**Elaine L. CHAO, Tommy G. Thompson, and Alberto Gonzales, Defendants–Appellees.**

No. 05–1130.

United States Court of Appeals, Seventh Circuit.

Submitted Aug. 30, 2007.

Decided Oct. 15, 2007.

Richard L. Bolton, Boardman, Suhr, Curry & Field, Madison, WI, for Plaintiffs–Appellants.

Lowell Sturgill, Department of Justice Civil Rights Division, Appellate Section, Washington, DC, for Defendants–Appellees.

Before Hon. RICHARD A. POSNER, Circuit Judge, Hon. KENNETH F. RIPPLE, Circuit Judge, Hon. DIANE P. WOOD, Circuit Judge.

### ORDER

Pursuant to the judgment of the Supreme Court, reversing our decision in *Freedom from Religion Foundation v. Chao*, 433 F.3d 989 (7th Cir.2006), reversed under the name *Hein v. Freedom From Religion Foundation*, —— U.S. ——, 127 S.Ct. 2553, 168 L.Ed.2d 424 (2007), the judgment of the district court is **AFFIRMED.**